```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
     v.                         )    No. S1-4:06 CR 24 CDP
                                )                      DDN
ROY W. WATERS, et al,.          )
                                )
            Defendants.         )
```

### ORDER AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

This action is before the Court upon the pretrial motions of defendant Roy W. Waters which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was scheduled for April 17, 2006.

On April 17, 2006, defendant Waters appeared in open court, with counsel, and advised the undersigned that he had decided not to raise any issues by way of pretrial motions. He thereupon waived his rights to file pretrial motions and to have a pretrial hearing.

Whereupon,

**IT IS HEREBY ORDERED** that the motions of defendant Roy W. Waters for discovery (Doc. 51), for disclosure of the identity of informants (Doc. 52), for disclosure of impeaching information (Doc. 53), for government agents to retain rough notes (Doc. 54), for production of information pursuant to Rule 404(b) (Doc. 55), and for a bill of particulars (Doc. 56) are denied as moot.

**IT IS HEREBY RECOMMENDED** that the motion of defendant Waters to suppress (Doc. 50) be denied as moot.

The parties are advised they have ten (10) days to file written objections to this Order and Recommendation. The failure to file objections may result in a waiver of the right to appeal issues of fact.

/s/ David D. Noce
_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on April 17, 2006.